**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JMYLA ELAINE WHITE,

                Defendant.

Honorable Jane M. Beckering

Case No: 1:23-cr-87

---

## MOTION FOR DOWNWARD VARIANCE FROM THE SENTENCING GUIDELINES BASED ON THE APPLICATION OF THE FACTORS SET FORTH IN 18 USC 3553(a)

NOW COMES the Defendant, JMYLA WHITE, by and through her attorney, Michael D. Hills, and pursuant to Local Criminal Rule 32.2(g), moves this Court to impose a sentence in this case that includes a variance below the sentencing guideline range identified in the final presentence investigation report.

This Motion is accompanied by a separately filed Sentencing Memorandum that includes support for this Motion for Downward Variance from the Sentencing Guidelines.

Respectfully Submitted,

HILLS AT LAW, P.C.

Dated: May 2, 2024

Michael D. Hills (P58571)
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com