# Exhibit A

**Your Honor**

I wish we were meeting on different circumstances or not at all. I've always had big hopes and dreams for myself. My mom has spent my entire life, a single mother, working hard as a nurse and providing for me and my brothers. I've always wanted to follow in her footsteps. She's always shown how she works hard for everything and that no matter how big the challenges we face we never ever give up. Giving up was a sign of weakness in our household. My mother is my biggest role model she has weathered many storms and always seems to come out on top and do it with a smile and great determination. My mother has suffered many hardships, the loss of a son and now her one and only daughter is facing federal prison time. She's always pushed me to great heights and help seek passions every day. I'm always striving to be the best version of myself. Not for me but for my one and only daughter as well.

For the longest time I found myself wanting to be something, a great an influencer. I've always wanted the American Dream. If anyone could say anything about me, they will tell you that I'm determined and strong willed. I'm a guiding light, hardworking and loving, a very sweet individual. Courageous, Smart, Calm, cool and collected. Willing to go the extra mile. Willing to go above and beyond. Outstanding work ethic.

Before I got arrested I worked for a Third party call center named Kobie Marketing, I worked remote. I retrieved people's banking information to help them deposit their rewards from their credit card to their accounts. This company had 8 lines of businesses, including USAA and Chrysler Jeep.  People would go in and get a temporary Visa card from their rewards to pay for their auto repairs. In any of those moments and in all 8 lines of businesses, helping people across the nation, never have I ever thought of writing any of their information down and using it fraudulently. INSTEAD, I excelled at my job placing in the top 5 out of 74 agents! Hitting my targets every time. And flourishing in incentives. I am not a thief. After losing that job due to the arrest and pending charges I had to settle for a gas station associate. No matter where I go or who I work for how I work will never change. In less than 6 months I was offered a promotion to shift manager.  This job was offered to me after the manager asked all the staff their opinion, they chose me. I am not a bad person. One of my weaknesses would be that I put others needs before my own.

 Your Honor, I am here to write my wrongs. I'm very disappointed in myself. I became distracted and influenced with a path extremely detrimental to my future. I have failed as a daughter, as a mother and citizen.

As I sit here and imagine a future I feel as though I have none. There's no light at the end of the tunnel. For I have been convicted of a serious crime dealing with fraud. No Employer will be able to trust me. Housing will become an issue because I am a convicted felon and I have lost everything. I was set to be a role model for my daughter and other women. I never set out to take from anyone.

I have spent years taking care of the elderly as a home health aid. I have spent years taking care of my step father who has Alzheimer's. I have spent years in care mode that it would never ever cross my mind to ever take anything from any elder or anyone.

I didn't know for a while of what exactly was going on. Even after being approached by a detective I still didn't have the full details and even when I approached the victims to retrieve any parcels most if not all individuals handed over the parcels with a big smile on their face, when I saw this I didn't quite know how the Indians were doing it. I didn't know why the victims were so chipper that I thought the detective made a mistake and there was just a mad lady. I've never come across any push back or anything from any individual. I now know that I was naive to the scope of the situation understanding how these people were TRICKED. It mades me sick but I benefited from it at the same time.

There was a moment I had when I visited a lady to retrieve something for the Indians, an elderly woman with a walker was struggling to bring me what was money at the time. The Indians alerted me that I had to go get money again from her the next day. I couldn't do it. My heart wouldn't let me continue such a thing. I packed my things and I left and I never looked back! I was done. I blocked everyone until I was threatened by an Indian to hand over a check that I couldn't cash anyway. It wasn't about the money at that point. I was done making the Indians "richer" while I risk my freedom for them, while I go against my own dignity and integrity, while I leave my daughter at home safe and sound with a relative missing precious moments and time. And now facing that same emotion over again. And I was done being an accomplice to robbing what could have been my very own grandmother or grandfather. I was foolish and I came to my senses.

After being arrested over a year later, I thought if I told the truth things will be okay. After sitting many months in my own guilt I gave a full statement to police and my statement was used against me. I feel extremely defeated. I am truly sorry and I wish that instead of sitting in a cage I could actively make things better. I never ever wanted this for myself. I've grown up in a home with 3 older brothers and I've watched them in and out of the system and I knew that I wanted better for myself. I knew that I was worthy of greatness and not criminal activity. Growing up my mother never celebrated any holidays, I don't know why. Birthdays here and there but not so much. What influenced me to do this was to see my daughter happy to finally get the things she's been longing for as a little girl. The things that I didn't get growing up. A big birthday. A nice Christmas. To celebrate holidays. I never meant to harm anyone mentally, financially or emotionally. During this time of being indicted, losing a job I saw as a potential career for me; due to the arrest. Losing financially. Losing family and friends during this time. Becoming obese. Feeling of highs and lows I have fallen into a deep depression, I have relapsed several times. Finding out that I have a total of 28 pts and facing 7 years in prison my life has flashed before my eyes! All I could think of is what would my mother's health be like, will my step father perish... not being able to see my daughter graduate high school. Not being able to guide her through the toughest time of her life. When I left to participate in such terrible actions. I didn't think about all the hearts that I've broken in the process. I am not a bad person. I am not a bad mother. I am a great citizen. I am not my mistakes or mishaps. I'm here to write my wrongs while trying not to lose myself in the unknown.

I pray that God continues to give me strength during this critical time in my life. That he continues to fill me up with his spirit. He continues to lead and guide me. He continues to protect me. I pray for victims and their families, as they start to rebuild and regain strength. Your honor I pray for your better judgment in all of this.

Amen Jmyla White